| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER (Tran. Court) |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | FILED BY<br>OCT 28 2005<br>Thomas M. Gould, Clerk<br>U.S. District Court<br>W.D. OF TN, Memphis | 99-CR-2066-001-J |
| | | | DOCKET NUMBER (Rec. Court)<br>05-20382  D An |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>Keith Manuel JOHNSON<br>4147 Westmont<br>Memphis, TN 38109 | | DISTRICT<br>SD/CA | DIVISION<br>San Diego |
| | | NAME OF SENTENCING JUDGE<br>Napoleon A. Jones, Jr. | |
| | | DATES OF SUPERVISED RELEASE | FROM<br>12/04/03 | TO<br>12/03/06 |

OFFENSE

Count 1:   18 U.S.C. § 371; 8 U.S.C. § 1324 (a)(2)(B)(ii), Conspiracy to Bring in Illegal Aliens.
Counts 2-4:   8 U.S.C. § 1324 (a)(2)(B)(ii), Bringing in Illegal Aliens for Financial Gain.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10-3-05
Date

Napoleon A. Jones, Jr.
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

October 27, 2005
Effective Date

United States District Judge

cjm/cjm

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-1-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20382 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Keith Manuel Johnson
4147 Westmont
Memphis, TN 38109

Honorable Bernice Donald
US DISTRICT COURT